IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAPSTONE STUDIOS, CORP., | CV 25-00416 SASP-WRP |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| vs. | |
| JOEL OSWALD, | |
| Defendant. | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S FINDINGS AND RECCOMENDATION**

Findings and Recommendation having been filed on May 28, 2026, and served on all parties on May 29, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Plaintiff's Motion for Default Judgment", ECF No. 26, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, June 23, 2026.

Shanlyn A.S. Park
United States District Judge