IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CAPSTONE STUDIOS, CORP.,

Plaintiff,

vs.

JOEL OSWALD,

Defendants.

CV 25-00416 SASP-WRP

ORDER ADOPTING MAGISTRATE JUDGE’S FINDINGS AND RECOMMENDATION

**ORDER ADOPTING MAGISTRATE**
**<u>JUDGE’S FINDINGS AND RECCOMENDATION</u>**

Findings and Recommendation having been filed on August 14, 2026 and served on all parties on August 18, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant in Part Plaintiff’s Motion for Attorney’s Fees and Costs", ECF No. 34, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai‘i, September 14, 2026.

Shanlyn A.S. Park
United States District Judge